Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 1

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC  **Plaintiff,**  v.  **UNITED STATES,**  **Defendant.** | **S U M M O N S**  Court No. 21-00624 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Los Angeles/Long Beach | Date Protest Filed: | 08/19/21 |
| Protest Number: | 2704-21-154786 | Date Protest Denied: | 12/08/21 |
| Importer: | Blue Sky The Color of Imagination, LLC | | |
| Category of Merchandise: | Calendars | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| CHQ07128749 | 12/01/2020 | 7/30/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Customs and Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802
  Address of Customs Port in
  Which Protest was Denied

Christopher Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213) 630-8888
cduncan@steinshostak.com
  Name, Address, Telephone Number
  and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Calendars | 4820.10.4000 | Free (25% China Tariff) | 4910.00.2000 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP erroneously classified these Blue Sky desk and planning calendars as journals under Heading 4820. These Blue Sky desk and planning calendars are properly classified as calendars under Heading 4910.

The issue which was common to all such denied protests:
Whether these Blue Sky desk and planning calendars are calendars.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/Christopher Duncan
_Signature of Plaintiff's Attorney_

December 14, 2021
_Date_