**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | | |
|---|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC | x : : | Court No. 21-00624 |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT** |
| UNITED STATES, | : : | |
| Defendant. | : | |
| _____ | x | |

Plaintiff, BLUE SKY THE COLOR OF IMAGINATION, LLC., by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of Defendant, the United States, and alleges as follows:

## JURISDICTION

1.     This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2.     On August 19, 2021, through its attorneys, Plaintiff timely filed Protest No. 2704-21-157377 at the Port of Los Angeles, California, contesting the decision by U.S. Customs and Border Protection (CBP) to classify desk pad and planning calendars in Entry Number CHQ-0712874-9 as notebooks under HTSUS 4820.10.4000.

Court No. 21-00624

3.      On December 8, 2021, CBP denied the protest.

4.      On December 16, 2021, Plaintiff filed a summons challenging CBP's decision.

5.      All duties and taxes are paid.

6.      Jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's timely protest, Customs decision to deny the protest and Plaintiff's timely filed summons.

## PARTIES

7.      Plaintiff is a California limited liability company with its principal place of business in Irvine, California, and is the importer of record of the subject merchandise.

8.      Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

9.      Plaintiff is the real party in interest and on this basis has standing to bring this action.

10.     Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of classification disputes or disputes over exactions and other charges imposed by CBP.

2

Court No. 21-00624

## FACTUAL BACKGROUND

11.    Plaintiff imports and sells calendars.

12.    On December 1l, 2020, Plaintiff imported desk pad and planning calendars in Entry Number CHQ-0712874-9 and entered the merchandise under HTSUS 4910.00.2000 (calendars).

13.    Each desk pad and planning calendar in Entry Number CHQ-0712874-9 contained between 70 percent to 100 percent dated calendar pages.

14.    On July 30, 2021, CBP reclassified and rate advanced the desk pad and planning calendars in Entry Number CHQ-0712874-9 to HTSUS 4820.10.4000 as notebooks.

15.    On August 19, 2021, Plaintiff timely filed Protest No. 2704-21-157377.

16.    On December 8, 2021, CBP denied the protest.

17.    On December 16, 2021, Plaintiff filed a summons challenging CBP's decision.

## COUNT I

(Incorrect Classification Decision – Desk Pad Calendar)

18.    Plaintiff repeats and incorporates paragraphs 1-17 by reference, as though fully stated herein.

Court No. 21-00624

19.    Plaintiff's desk pad calendars are not classifiable as notebooks under HTSUS 4820.10.4000 because they are not notebooks.

20.    Plaintiff's desk pad calendars are properly classified under HTSUS 4910.00.2000 because they are calendars.

## COUNT II

(Incorrect Classification Decision – Planning Calendar)

21.    Plaintiff repeats and incorporates paragraphs 1-17 by reference, as though fully stated herein.

22.    Plaintiff's planning calendars are not classifiable as notebooks under HTSUS 4820.10.4000 because they are not notebooks.

23.    Plaintiff's planning calendars are properly classified under HTSUS 4910.00.2000 because they are calendars.

## RELIEF

24.    WHEREFORE, Plaintiff respectfully requests that this Court:

(a)    Enter judgment in its favor; and hold Plaintiff's desk pad calendars are classified as calendars under HTSUS 4910.00.2000, and refund the excess duties to Plaintiff together with interest as provided by law; and

Court No. 21-00624

      (b)    Enter judgment in its favor; and hold Plaintiff's planning calendars are classified as calendars under HTSUS 4910.00.2000, and refund the excess duties to Plaintiff together with interest as provided by law; and

      (c)    Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Dated: August 4, 2022         Respectfully submitted,

          By:      /s/ Christopher J. Duncan
               Christopher J. Duncan, Esq.
               Stein Shostak Shostak Pollack & O'Hara
               Attorneys for Plaintiff
               865 South Figueroa Street, Suite 1388
               Los Angeles, California 90017
               Telephone: (213) 630-8888
               Fax: (213) 630-8890
               E-Mail: cduncan@steinshostak.com