

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Jane A. Restani
      Judge

March 19, 2024

Monica P. Triana
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza – Room 346
New York, New York 10278

Christopher J. Duncan, Esq.
Stein Shostak Shostak Pollack & O'Hara
Attorneys for Plaintiff
865 South Figueroa Street, Suite 1388
Los Angeles, California 90017

Re:     Blue Sky the Color of Imagination, LLC v. United States
        Court No. 21-00624

Dear Counsel:

As you know, oral argument in this case will be held on Tuesday, March 26, 2024, at 1:30 p.m. in Courtroom No. 2 of the James L. Watson Courthouse of the United States Court of International Trade, One Federal Plaza, New York, NY 10278.  The court has examined the parties' submissions and would like counsel to be prepared to address the following issues.

**British English vs. American English**

1.  The Harmonized Tariff Schedule of the United States is based on the Harmonized Commodity Description and Coding System (HS) which is administered by the World Customs Organization in Brussels.  It is published in English and French.  The CIT has previously observed that article terms in the HTS are "expressed in British English."  See, e.g., Victoria's Secret Direct, LLC v. United States, 37 CIT 573, 585–86, 908 F. Supp. 2d 1332, 1345 (2013).  Do you agree? Why would American English be used instead at the six digit level?

2.  If one considers the British definition of "diary," is this subject merchandise a diary? Why or why not?

3.  "Engagement calendar" appears to be a particularly American term.  Is "engagement calendar" an American synonym for the British "diary," and is this subject merchandise an engagement calendar?

Blue Sky the Color of Imagination, LLC v. United States
21-00624
**Questions on <u>Mead Corp. v. United States</u>, 283 F.3d 1342, 1349 (Fed. Cir. 2002)**

4.  Is the subject merchandise here similar to the merchandise classified in <u>Mead</u>?  If not, how is it different?

5.  If the products at hand are not calendars are they "diaries" or "other"?

Very truly yours,

<u>/s/  Jane A. Restani</u>
Judge
