# United States Court of International Trade
## Honorable Jane A. Restani

## Appearance Sheet

Docket No. 21-00624
March 26, 2024 – Oral Argument
1:30 p.m.
Courtroom 2
Jurisdiction 1581(c)

Blue Sky the Color of Imagination, LLC
Plaintiff,
v.
United States,
Defendant.

_____

## Counsel

**Plaintiff**
**Christopher J. Duncan**
**Elon A. Pollack**
Stein Shostak Shostak Pollack & O'Hara, LLP

**Defendant**
**Monica P, Triana**
U. S. Department of Justice
**Fariha Kabir**
U.S. Customs & Border Protection