FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 21-00624

Case title being appealed: Blue Sky the Color of Imagination, LLC v. United States

Date of final judgment or order being appealed: 4/10/24

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Blue Sky the Color of Imagination, LLC

Date: 4/16/24

Signature: [signature]

Name: Christopher J. Duncan

Address: Stein Shostak Shostak Pollack & O'Hara, LLP

865 S. Figueroa Street, Suite 1388

Los Angeles, CA 90017

Phone Number: (213) 630-8888

Email Address: cduncan@steinshostak.com