**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JANE A. RESTANI, JUDGE**

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 21-00624 |

**PLAINTIFF'S MOTION FOR GUIDANCE REGARDING LOST PHYSICAL EXHIBITS**

Pursuant to Rule 7(b) of the Rules of the United States Court of International Trade ("USCIT Rules"), plaintiff, Blue Sky the Color of Imagination, LLC, by and through undersigned counsel, hereby moves this Court for an order providing the parties with guidance regarding certain physical exhibits that were previously transmitted as part of the record on appeal of the above-referenced matter before the U.S. Court of Appeals for the Federal Circuit (*Blue Sky the Color of Imagination, LLC v. United States*, CAFC Case No. 24-1710), but which the Federal Circuit cannot locate or transmit to this Court.

In support of this motion, plaintiff states as follows:

1.    On November 7, 2022, the government manually filed physical exhibits of four models of weekly/monthly planners that are the merchandise at issue in this action ("samples").

2.    Thereafter, in connection with appellate review before Federal Circuit, the samples were transmitted to the Federal Circuit as part of the appellate record.

3.    By letter dated April 3, 2026, (a copy of which is attached for reference), the clerk of the Federal Circuit informed the clerk of this Court and counsel that, although it had

acknowledged receipt of the samples, and presented them to the Federal Circuit panel for review, it is unable to locate them despite conducting a thorough search.

4.    The samples are part of the record before this Court and are relevant to the classification issues presented on appeal, in the remand proceedings before this Court, and potentially on appeal again before the Federal Circuit.

5.    The loss of the samples occurred through no fault of plaintiff or the government.

6.    Under normal circumstances, the Court can review physical samples of the merchandise at issue, or substantially similar merchandise, prior to rendering a decision on classification.

7.    Plaintiff requests this Court provide the parties with guidance on how to proceed, including, but not limited to, allowing plaintiff to submit substitute samples of the subject merchandise subject to government approval following review and consideration by government counsel.

On April 13, 2026, plaintiff's counsel consulted with counsel for the government, Monica Triana, who submitted the following response:

The Government defers to the discretion of the Court as to whether new samples would be helpful to the Court in making its determination. *See* Def. Exs. A-D (production files for each weekly/monthly planner which display each page of the item as well as packaging material). If the Court is inclined to accept replacement samples, the Government requests the opportunity to review each sample to determine whether they are the same or substantially similar to the weekly/monthly planners at issue in this matter.

- 3 -

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

1.      Providing the parties with guidance on how to proceed.

2.      Providing such other relief as the Court directs.

WHEREFORE, Plaintiff respectfully moves that this motion be granted.

Dated: April 13, 2026

Respectfully Submitted,

By: /s/ Christopher J. Duncan
Christopher J. Duncan
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Phone: (213) 689-6579
Email: chris.duncan@squirepb.com

*Attorneys for Plaintiff*

By: /s/ Elon A. Pollack
Elon A. Pollack
STEIN SHOSTAK SHOSTAK POLLACK
& O'HARA LLP
445 S. Figueroa St., Suite 2388
Los Angeles, CA 90071
Phone: (213) 630-8888
e-mail: elon@steinshostak.com

*Attorneys for Plaintiff*

- 4 -

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JANE A. RESTANI, JUDGE**

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 21-00624 |

**CERTIFICATE OF COMPLIANCE PURSUANT TO USCIT**
**STANDARD CHAMBER PROCEDURE 2(B)**

I, Christopher J. Duncan, counsel for plaintiff, who is responsible for the foregoing brief, relying upon the Microsoft Word count feature of the word processing program used to prepare the brief, certify that this brief complies with the type-volume limitation under USCIT Standard Chamber Procedure 2(B) and contains 664 words.

/s/ Christopher J. Duncan